FILED
CLERK U.S. DISTRICT COURT
JUN 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY JS DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
CLERK U.S. DISTRICT COURT
JUN 26 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO REYES, JR., a minor by and through his Guardian ad Litem, TANYA LEYVA; JOSEFINA FRAYDEZ, mother of RODOLFO REYES, SR., deceased, in her individual capacity and as Special Administrator of the Estate of decedent, RODOLFO REYES, SR.<br><br>PLAINTIFFS,<br><br>-vs-<br><br>RAY NONNORA, LOS ANGELES POLICE DEPARTMENT POLICE OFFICER; DOES 1-20, POLICE OFFICERS FOR THE CITY OF LOS ANGELES,<br><br>DEFENDANTS. | CASE NO. CV06-4438-GW(RCx)<br><br>[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Trial: July 3, 2007<br>PTC: June 25, 2007<br>Hearing: Courtroom "10"<br>Time: 8:30 a.m.<br><br>*Hon. Judge George H. Wu*<br>*United States District Court* |

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 28 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**IT IS HEREBY SO ORDERED THAT** good cause appearing, it hereby is ordered, decreed and adjudged that the Plaintiffs RODOLFO REYES, JR., a minor by and through his Guardian ad Litem, TANYA LEYVA; JOSEFINA FRAYDEZ, mother of RODOLFO REYES, SR., deceased, in her individual capacity and as Special

dismiss wpd

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

37

Administrator of the Estate of decedent, RODOLFO REYES, SR., individually, complaint, *USDC Case No. CV-06-4438-GW*, against named and served Defendants LOS ANGELES POLICE DEPARTMENT (City of Los Angeles) and RAY NONNORA (True name of RATANAK NONORA) be dismissed with prejudice and each side to bear its own fees and costs.

This Dismissal pertains to the entire action with Prejudice, and with a Waiver of Fees and Costs and is made pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure. Further, that there is a waiver of California Civil Code, Section 1542, including the release of all known and unknown claims as against all the DEFENDANTS, whether known or unknown.

## *IT IS HEREBY SO ORDERED.*

Dated: June 27, 2007

_____
HONORABLE GEORGE WU
UNITED STATES DISTRICT COURT

*Presented by:* Rockard J. Delgadillo, City Attorney

By: _____
Christian R. Bojorquez, Deputy City Attorney

dismiss.wpd

# PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California, and I am over the age of eighteen years and I am not a party to the within action. My business address is Room 600, City Hall East, 200 North Main Street, Los Angeles, California 90012.

On June 26, 2007, I served the foregoing document described as on the interested parties **[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Miguel F. Garcia, Esq.<br>LAW OFFICES OF MIGUEL F. GARCIA<br>5842 E. Beverly Blvd.<br>Los Angeles, California 90022 | **Attorneys for Plaintiff**<br>PH: (323) 888-1993<br>FAX: (323) 887-9128 |
| Antonio H. Rodriguez, Esq.<br>Law Offices of Antonio H. Rodriguez<br>5429 East Beverly Boulevard<br>Los Angeles, California 90022 | **Attorneys for Plaintiff**<br>PH: (323) 869-9909<br>FAX: (323) 869-9911 |
| Percy Duran, Esq.<br>Law Offices of Percy Duran<br>720 Ganymede Drive<br>Los Angeles, California 90065 | **Attorneys for Plaintiff**<br>PH: (323) 840-3909<br>FAX: (323) 276-8918 |

[XX] U.S. MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE - [ ] I personally delivered the document described above; or [ ] I caused the document described above to be personally delivered on July 27, 2006.

[ ] BY FACSIMILE TRANSMISSION - I caused the document to be transmitted to the offices of the addressee via facsimile transmission on the telephone indicated above, on the date and time specified on the Transmission Report. The document was sent by fax from telephone number (213) 485-3958 and the transmission was reported complete and without error. A true copy of the Transmission Report is attached to the mailed or personal or both proof(s) of service.

[ ] STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 26 day of June, 2007 at Los Angeles, California.

*Linda Covarrubiaz*
LINDA COVARRUBIAZ

dismiss.wpd